PER CURIAM.
Affirmed. See Manilow v. City of Miami Beach, Fla.App. 1968, 213 So.2d 589, cert. discharged, Fla. 1969, 226 So.2d 805 (adopting 3rd DCA opinion); Kugel v. City of Miami Beach, Fla.App.1968, 206 So.2d 282; Burritt v. Harris, Fla.1965, 172 So.2d 820; Tollius v. City of Miami, Fla. 1957, 96 So.2d 122; Forde v. City of Miami Beach, 146 Fla. 676, 1 So.2d 642 (1941) ; Town of Surfside v. Andrews, Fla. App. 1967, 193 So.2d 207; Shearer v. Metropolitan Dade County, Fla.App.1966, 189 So.2d 501; Town of Palm Beach v. Leach, Fla.App. 1966, 185 So.2d 743; Watson v. Mayflower Property, Inc., Fla.App.1965, 177 So.2d 355; and Lawley v. Town of Golfview, Fla.App.1965, 174 So.2d 767.